UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROD M. NUSSBAUM, | ) |
|       Plaintiff, | ) |
|    v. | ) No. 4:06 CV 550 DDN |
| CENTRAL BUSINESS COMMUNICATIONS, INC., | ) |
|       Defendant. | ) |

## ORDER NUNC PRO TUNC

**IT IS HEREBY ORDERED** that the Case Management Order and Scheduling Order (Docs. 12 and 13) are hereby corrected by interlineation, in that the name of the defendant Central Business Communications, Inc. is substituted for Hussman-Ingersoll Rand, Co., Inc.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 25, 2006.