```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

ROD M. NUSSBAUM,                  )
                                  )
            Plaintiff,            )
                                  )
      v.                          )       No. 4:06 CV 550 DDN
                                  )
CENTRAL BUSINESS COMMUNICATIONS,  )
INC.,                             )
                                  )
            Defendant.            )
```

**ORDER**

**IT IS HEREBY ORDERED** that the court will conduct a hearing on the motion of defendant to compel (Doc. 27) on Thursday, March 15, 2007, at 9:00 a.m.

                      /S/ David D. Noce
                     **DAVID D. NOCE**
                     **UNITED STATES MAGISTRATE JUDGE**

Signed on February 28, 2007.