IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROD M. NUSSBAUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:06CV00550DDN |
| | ) |
| CENTRAL BUSINESS | ) |
| COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF RESOLUTION OF DISCOVERY ISSUES
AND REQUEST TO WITHDRAW HEARING**

COMES NOW Defendant and informs the Court that counsel for Plaintiff and Defendant have resolved the issues set forth in Defendant's Motion to Compel. Counsel for Defendant hereby requests that the Court pass the Hearing set for March 15, 2007 on Defendant's Motion to Compel.

Respectfully submitted,

HERZOG CREBS LLP

/s/ Daniel S. Peters
Daniel S. Peters, #79058
515 N. 6th Street, Ste. 2400
St.L ouis, Missouri 63101
(314) 231-6700
(314) 231-4656 Fax
Attorneys for Defendant

*[handwritten: So ordered. 3/15/07]*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Jill R. Rembusch, Attorney for Plaintiff, 8909 Ladue Road, St.L ouis, MO 63124.

/s/ Daniel S. Peters